UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-1944
_____

In re:  VISTEON CORPORATION, ET AL.

IUE-CWA, Industrial Division of Communications Workers
of America, AFL-CIO, CLC,
Appellant

On Appeal from the United States District Court
for the District of Delaware
No. 10-cv-00091
District Judge: Judge Michael M. Baylson (Specially Presiding)


Argued: May 28, 2010

Before: McKee, *Chief Judge*, Rendell & Stapleton, *Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on July 13,

2010, be amended as follows:

On page 94, delete the sentence "If the limited role of federal courts in a
democratic society is to mean anything, the doctrine of "absurdity" must not be
employed merely because interpreting a statute as enacted yields a result that is
contrary tdo a judge's personal beliefs about how things should be."


**IT IS SO ORDERED.**

BY THE COURT:


/s/ Theodore A. McKee
Chief Circuit Judge

Dated: July 15, 2010
PDB/cc: All Counsel of Record